UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

SCANDINAVIAN REINSURANCE
COMPANY LIMITED,

    *Petitioner*,

v.

ST. PAUL FIRE & MARINE INSURANCE
COMPANY, ST. PAUL REINSURANCE
COMPANY, LTD., and ST. PAUL RE
(BERMUDA) LTD., *et al.*

    *Respondents*.

Civil Action No. 09-cv-9531



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/09

### ORDER FOR ADMISSION PRO HAC VICE

**UPON THE APPLICATION** of Joseph L. Sorkin, attorney for Petitioner Scandinavian Reinsurance Company Limited;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Rick H. Rosenblum |
| Firm Name: | Akin Gump Strauss Hauer & Feld LLP |
| Address: | 300 Convent Street, Suite 1600 |
| | San Antonio, TX 78205 |
| Telephone | (210) 281-7000 |
| Fax: | (210) 224-2035 |
| Email Address: | rrosenblum@akingump.com |

is admitted to practice pro hac vice as counsel for Petitioner Scandinavian Reinsurance Company Limited in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:  12/2/09

_____
United States District Judge