UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

SCANDINAVIAN REINSURANCE
COMPANY LIMITED,

        Petitioner,

- against -

ST. PAUL FIRE & MARINE
INSURANCE COMPANY, ST. PAUL
REINSURANCE COMPANY, LTD., and
ST. PAUL RE (BERMUDA) LTD.,

        Respondents.

------------------------------------------------------- X

ORDER

09 Civ. 9531 (SAS)



**SHIRA A. SCHEINDLIN, U.S.D.J.:**

On January 27, 2010, St. Paul Fire & Marine Insurance Company, St. Paul Reinsurance Company, Ltd., and St. Paul Re (Bermuda) Ltd. (collectively, "St. Paul") requested that the Court strike (1) specific portions of the 1/22/10 Declaration of Barry A. Chasnoff ("Chasnoff Declaration"); (2) Exhibit 16 to the Chasnoff Declaration ("Exhibit 16"); and (3) the portions of Scandinavian Reinsurance Company Limited's ("Scandinavian Re") Opposition to Respondents' Cross-Petition to Confirm and Reply in Support of Petition to Vacate Arbitration Award ("Reply") that reference the complained of portions of the Chasnoff Declaration or Exhibit 16. In the event that the Court denied its request to strike,

St. Paul requested leave to file a sur-rely addressing the new information contained in Scandinavian Re's Reply.

St. Paul's request to strike is hereby denied. St. Paul may file a sur-reply of no more than five pages by the close of business on February 8, 2010. No response to St. Paul's sur-reply brief will be permitted.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         February 3, 2010

## - Appearances -

**For Petitioner:**

Mitchell P. Hurley, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(212) 872-1000

**For Respondent:**

John F. Finnegan, Esq.
Chadbourne and Parke LLP
30 Rockefeller Plaza
New York, NY 10012
(212) 408-5180