UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCANDINAVIAN REINSURANCE COMPANY LIMITED,

                Petitioner,

-against-

ST. PAUL FIRE & MARINE INSURANCE COMPANY, ST. PAUL REINSURANCE COMPANY, LTD., AND ST. PAUL RE (BERMUDA) LTD.,

                Respondents.

09 Civ. 9531 (SAS)

**ORDER**

---

On the joint application of the parties, the supersedeas bond initially posted by respondents (collectively, "St. Paul") on or about March 10, 2010 and thereafter renewed on or about March 10, 2011 is discharged.

Dated: New York, New York
        March 7, 2012

                                          _____
                                               U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/12